UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; and | ) ) ) ) |
| PAINTERS DISTRICT COUNCIL #58, CARL FARRELL, In His Capacity as Business Manager; | ) ) ) ) ) |
| ILLINOIS STATE PAINTERS WELFARE FUND, By and Through Its Board of Trustees; and | ) ) ) ) ) |
| DANIEL R. WILLIAMS, Administrator of the INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| DESIGN GLASS & ALUMINUM, LLC | ) ) |
| Defendant. | ) |

Case No.: 24-2131

## JOINT STATUS REPORT AND MOTION TO CONTINUE STAY

COME NOW the parties, by undersigned counsel, and jointly submit the following Status Report, and Motion to Terminate Stay of Proceedings and for Scheduling Conference, and in support thereof, state as follows:

1. Plaintiffs filed this action to compel defendant's compliance with a payroll audit to determine whether defendant has remitted all required contributions to plaintiffs pursuant to the applicable collective bargaining agreement.

2. On April 24, 2025, the parties filed a Joint Motion to Stay All Proceedings (d/e 15) to allow time to complete the audit, review the audit findings, and assess whether the matter could be resolved without further litigation.

3. That same day, the Court granted the parties' joint motion and stayed all proceedings (see Text Order entered on April 24, 2025).

4. The Court also directed the parties to file a status report on or before July 24, 2025 (see Text Order entered on April 24, 2025).

5. On July 24, 2025, the parties filed a Joint Motion to Continue Stay (d/e 18) to allow time to complete the audit, review the audit findings, and assess whether the matter could be resolved without further litigation.

6. On July 25, 2025, the Court granted the parties' joint motion and continued the stay of all proceedings (see Text Order entered on July 25, 2025).

7. The Court also directed the parties to file a status report on or before October 24, 2025 (see Text Order entered on July 25, 2025).

8. As previously reported to the Court, the audit is nearing completion; however, the auditor required additional information for the period of September 2024 through April 2025, in order to finalize audit. This information has been provided.

9. However, the following information is still required:

- Unredacted bank statements that include cancelled checks for the months of February, 2023 through August, 2024.

10. Plaintiffs' counsel has been advised by Defendant's counsel that this information will be produced by October 27, 2025.

11. Once the audit is completed and a final report is prepared, the parties will require additional time to review the audit findings and attempt to reach an amicable resolution, if possible.

12. The parties respectfully request that the current stay of proceedings remain in effect and that the Court direct the parties to file a further status report by January 23, 2026, advising the Court of the then current status of the audit and any resolution efforts.

13. This request is made in good faith, is not interposed for improper delay purposes, and no party will be prejudiced by the continuation of the stay.

WHEREFORE, the parties pray that this Honorable Court:

A. Continue the stay of all proceedings in this matter;

C. Direct the parties to file a status report by January 23, 2026; and

D. Grant such further and other relief as the Court deems just and proper.

Respectfully submitted:

PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees, *et al*.

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com
Attorneys for Plaintiffs

DESIGN GLASS & ALUMINUM, LLC

By: s/ Todd A. Miller (w/consent)
Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517

Chicago, IL 60606-2806
(312) 675-4325 – Telephone
(312) 675-4326 – Facsimile
tam@alloccomiller.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2025, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

s/ John P. Leahy
John P. Leahy
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com