E-FILED
Thursday, 17 September, 2026 11:19:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; and

PAINTERS DISTRICT COUNCIL #58, CARL FARRELL, In His Capacity as Business Manager;

ILLINOIS STATE PAINTERS WELFARE FUND, By and Through Its Board of Trustees; and

DANIEL R. WILLIAMS, Administrator of the INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,

Plaintiffs,

v.

DESIGN GLASS & ALUMINUM, LLC

Defendant.

Case No.: 24-2131

**JOINT MOTION TO LIFT STAY AND RESET DISCOVERY AND PRETRIAL DEADLINES**

COME NOW Plaintiffs and Defendant, by and through their respective undersigned counsel, and jointly move this Court to lift the stay previously entered in this matter and reset discovery and pretrial deadlines, and in support thereof, state as follows:

1. On April 24, 2025, the Court entered an Order staying proceedings in this matter to permit the completion of an audit of Defendant's payroll books and records and to provide the parties with an opportunity to discuss a potential resolution of this matter without further litigation (Text Order entered on April 24, 2025).

2. In connection with the stay, the Court subsequently vacated the discovery and pretrial deadlines previously established in this matter (Text Order entered December 3, 2025).

3. The audit of Defendant's payroll books and records has now been completed, and the results of the audit have been provided to the Defendant.

4. Following completion of the audit, the parties engaged in discussions concerning a potential resolution of this matter.

5. Those discussions have not resulted in a settlement, and the parties have been unable to reach an agreement resolving the claims at issue in this action.

6. Accordingly, the purposes for which the stay was entered, completion of the audit and providing the parties with an opportunity to explore resolution of the matter, have been fulfilled, and there is no longer a basis for continuing the stay.

7. The parties respectfully request that the Court lift the stay and permit this matter to proceed.

8. Because the Court previously vacated the discovery and pretrial deadlines, the parties have conferred and agreed upon proposed new deadlines for the completion of discovery, the filing of dispositive motions, and the remaining pretrial proceedings in this matter.

9. The parties' proposed Joint Amended Report of Rule 26(f) Planning Meeting and Proposed Discovery Plan, setting forth the parties' agreed amended deadlines for completion of discovery and the filing of dispositive motions, as well as the parties' anticipated trial-ready date, is attached hereto as Exhibit 1.

WHEREFORE, Plaintiffs and Defendant respectfully request that this Court enter an Order:

A. Lifting the stay previously entered in this matter;

B. Directing that proceedings in this matter resume;

C. Adopting the discovery and pretrial deadlines set forth in the parties' proposed Joint Amended Report of Rule 26(f) Planning Meeting and Proposed Discovery Plan attached hereto as Exhibit 1; and

D. Granting such other and further relief as the Court deems just and appropriate

Respectfully submitted:

PAINTERS DISTRICT COUNCIL #58
401(k) TRUST FUND, By and Through Its
Board of Trustees, *et al*.

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com
Attorneys for Plaintiffs

DESIGN GLASS & ALUMINUM, LLC

By: s/ Todd A. Miller (w/consent)

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
(312) 675-4325 – Telephone
(312) 675-4326 – Facsimile
tam@alloccomiller.com
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

s/ John P. Leahy
John P. Leahy
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com