E-FILED
Thursday, 17 September, 2026 11:22:37 AM
Clerk, U.S. District Court, ILCD

# Exhibit 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; and<br><br>PAINTERS DISTRICT COUNCIL #58, CARL FARRELL, In His Capacity as Business Manager;<br><br>ILLINOIS STATE PAINTERS WELFARE FUND, By and Through Its Board of Trustees; and<br><br>DANIEL R. WILLIAMS, Administrator of the INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DESIGN GLASS & ALUMINUM, LLC<br><br>Defendant. | Case No.: 24-2131 |

**JOINT AMENDED REPORT OF RULE 26(f) PLANNING MEETING AND PROPOSED DISCOVERY PLAN**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.2(3), the Parties previously conferred and submitted their Joint Report of Rule 26(f) Planning Meeting and Proposed Discovery Plan, which established deadlines for discovery and other pretrial proceedings in this matter.

Thereafter, the Court stayed proceedings to permit the completion of an audit and allow the Parties an opportunity to discuss a potential resolution of this matter. In connection with the stay, the Court vacated the remaining discovery and pretrial deadlines. The audit has now been

completed, and the Parties have conferred regarding an amended schedule for the remaining discovery and pretrial proceedings.

Accordingly, the Parties jointly propose that the discovery completion deadline, dispositive motion deadline, and anticipated trial-ready date be amended as set forth below. All other provisions of the Parties' previously submitted discovery plan, including deadlines and obligations that have already been satisfied, will remain unchanged and are not affected by this Amended Discovery Plan.

SCHEDULING AND DISCOVERY PLANS WERE DISCUSSED AND AGREED TO AS FOLLOWS:

1. **Discovery** shall be completed by **March 15, 2027**. Any written interrogatories or request for production of documents shall be served on a party by a date that allows the party the full thirty (30) days in which to answer or produce by the discovery cut-off date as provided by the Federal Rules of Civil Procedure.

2. Plaintiffs shall supplement or amend their prior expert disclosures, as appropriate, and shall provide any expert reports required under Federal Rule of Civil Procedure 26(a)(2) on or before **October 15, 2026**. Plaintiffs' expert disclosures and reports may address the results and findings of the recently completed payroll audit and any related issues relevant to Plaintiffs' claims.

3. Defendant shall disclose any expert witnesses and provide any expert reports required under Federal Rule of Civil Procedure 26(a)(2), including any expert testimony offered in response to Plaintiffs' expert disclosures or reports, on or before **December 15, 2026.**

4. All expert depositions shall be completed on or before **February 15, 2027**.

5. **Dispositive motions** shall be filed by **May 15, 2027**. Dispositive motions filed after this date will not be considered by the Court.

6. The Parties anticipate that the matter will be ready for trial following resolution of any dispositive motions filed by the May 15, 2027 deadline.

7. Except as expressly amended herein, all other provisions of the Parties' previously submitted Joint Report of the Parties and Proposed Scheduling and Discovery Plan remain unchanged.

Respectfully submitted:

PAINTERS DISTRICT COUNCIL #58
401(k) TRUST FUND, By and Through Its
Board of Trustees, *et al*.

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com
Attorneys for Plaintiffs

DESIGN GLASS & ALUMINUM, LLC

By: s/ Todd A. Miller (w/consent)

Todd A. Miller
ALLOCCO, MILLER & CAHILL, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606-2806
(312) 675-4325 – Telephone
(312) 675-4326 – Facsimile
tam@alloccomiller.com
Attorneys for Defendant