E-FILED
Tuesday, 13 October, 2026 01:07:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; and

PAINTERS DISTRICT COUNCIL #58, CARL FARRELL, In His Capacity as Business Manager;

ILLINOIS STATE PAINTERS WELFARE FUND, By and Through Its Board of Trustees; and

DANIEL R. WILLIAMS, Administrator of the INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,

Plaintiffs,

v.

DESIGN GLASS & ALUMINUM, LLC

Defendant.

Case No.: 24-2131

**CERTIFICATE OF SERVICE**

Plaintiffs PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, *et al*., by and through its attorneys, Cavanagh & O'Hara LLP, hereby certifies that Plaintiffs have this 13th day of October 2026 served upon the Defendant the following:

1. Plaintiffs' Amended and Supplemental Rule 26(a)(2) Expert Disclosure;
2. Plaintiffs' Amended and Supplemental Rule 26(a)(1) Disclosures

at the following address:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com

Respectfully submitted:

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com