UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL #58 401(k) TRUST FUND, By and Through Its Board of Trustees; and<br><br>PAINTERS DISTRICT COUNCIL #58, CARL FARRELL, In His Capacity as Business Manager;<br><br>ILLINOIS STATE PAINTERS WELFARE FUND, By and Through Its Board of Trustees; and<br><br>DANIEL R. WILLIAMS, Administrator of the INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>DESIGN GLASS & ALUMINUM, LLC<br><br>Defendant. | ) | Case No.: 24-2131 |

**CERTIFICATE OF SERVICE**

Plaintiffs ILLINOIS STATE PAINTERS WELFARE FUND, *et al.*, by and through its attorneys, Cavanagh & O'Hara LLP, hereby certify that on this 20th day of October, 2026, Plaintiffs' First Set of Requests for Admissions Related to Genuineness of Documents and Plaintiffs' First Set of Requests for Admissions of Fact was served upon the Defendant by depositing a copy in the United States Mail, postage fully prepaid, and by sending an additional copy via UPS 2nd Day Air, signature required, and by transmitting an electronic copy via email, to the following address:

Todd A. Miller
Allocco, Miller & Cahill, P.C.

20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
tam@alloccomiller.com
Attorney for Defendant

Respectfully submitted:

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com